**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA 17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

May 5, 2009

Clerk, U.S. Bankruptcy Court

RE: Mary Ellen Scalzo
    Bankruptcy Case No. 5-03-54367
    Unclaimed Funds For: Testron Financial
                            1000 Samoset Dr.
                             Wilmington DE 19884

Dear Clerk:

   Enclosed herewith please find check No.740939 for $609.74 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

   Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                                                 Very truly yours,

                                               Carol A. Kreider
                                               Funds Manager